# **EXHIBIT A**



# United States of America
### United States Patent and Trademark Office

# LIZZIE BORDEN

| | |
|---|---|
| **Reg. No. 4,317,301** | LIZZIE BORDEN BED & BREAKFAST, LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered Apr. 9, 2013** | 230 SECOND STREET<br>FALL RIVER, MA 02721 |
| **Int. Cls.: 9, 14 and 28** | FOR: DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| | FIRST USE 10-31-2004; IN COMMERCE 10-31-2004. |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FOR: JEWELRY; ORNAMENTAL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50). |
| | FIRST USE 10-31-2004; IN COMMERCE 10-31-2004. |
| | FOR: GOLF BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| | FIRST USE 12-31-2010; IN COMMERCE 12-31-2010. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 2,070,882, 2,668,044, AND 3,638,210. |
| | THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL. |
| | SER. NO. 85-978,791, FILED 2-23-2012. |
| | CHRISTINE MARTIN, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,070,882
Registered June 10, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## LIZZIE BORDEN

SMART ADVERTISING, INC. (MASSACHUSETTS CORPORATION)
228–234 SECOND STREET
FALL RIVER, MA 02721

FOR: HOTEL AND RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-4-1996; IN COMMERCE 8-4-1996.

THE NAME "LIZZIE BORDEN" IS THE NAME OF A DECEASED INDIVIDUAL.

SN 75-117,196, FILED 6-11-1996.

ODETTE BONNET, EXAMINING ATTORNEY

Int. Cls.: **6, 20, 21 and 25**

Prior U.S. Cls.: **2, 12, 13, 14, 22, 23, 25, 29, 30, 32, 33, 39, 40 and 50**

Reg. No. 3,638,210

**United States Patent and Trademark Office**    Registered June 16, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# LIZZIE BORDEN

LIZZIE BORDEN BED & BREAKFAST, LLC (DELAWARE LIMITED LIABILITY COMPANY)
230 SECOND STREET
FALL RIVER, MA 02721

FOR: METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 10-0-2004; IN COMMERCE 10-0-2004.

FOR: PLASTIC KEY CHAINS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-0-2004; IN COMMERCE 10-0-2004.

FOR: CUPS AND MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-19-2004; IN COMMERCE 8-12-2004.

FOR: CLOTHING, NAMELY, TOPS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-28-2004; IN COMMERCE 7-23-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,070,882 AND 2,668,044.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 77-559,009, FILED 8-29-2008.

TRACY WHITTAKER-BROWN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,668,044
Registered Dec. 31, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## LIZZIE BORDEN MUSEUM

SMART ADVERTISING, INC. (MASSACHUSETTS CORPORATION)
228-234 SECOND STREET
FALL RIVER, MA 02721

FOR: MUSEUM SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-4-1996; IN COMMERCE 8-4-1996.

OWNER OF U.S. REG. NOS. 2,061,531 AND 2,070,882.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MUSEUM", APART FROM THE MARK AS SHOWN.

THE NAME "LIZZIE BORDEN" IS THE NAME OF A DECEASED INDIVIDUAL.

SEC. 2(F).

SER. NO. 76-204,208, FILED 2-2-2001.

RICHARD DONNELL, EXAMINING ATTORNEY