# **EXHIBIT B**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,397,554**
**Registered Sep. 3, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LIZZIE BORDEN BED & BREAKFAST, LLC (DELAWARE LIMITED LIABILITY COMPANY)
230 SECOND STREET
FALL RIVER, MA 02721

FOR: CAPS; HATS; TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-15-2013; IN COMMERCE 5-15-2013.

THE MARK CONSISTS OF A HATCHET BLADE WITH A NOTCH ALONG THE BOTTOM EDGE OF THE BLADE AND A PORTION OF THE HANDLE OF THE HATCHET WITH THE HATCHET AND HANDLED BEING OUTLINED IN BLACK AND THE COLORS BLUE, GRAY AND WHITE COMBINED ON THE FACE OF THE BLADE AND HANDLE.

THE COLOR(S) BLUE, GRAY, BLACK, AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 85-688,426, FILED 7-27-2012.

DAYNA BROWNE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,397,555**  LIZZIE BORDEN BED & BREAKFAST, LLC (DELAWARE LIMITED LIABILITY COMPANY)
**Registered Sep. 3, 2013**  230 SECOND STREET
FALL RIVER, MA 02721

**Int. Cl.: 43**  FOR: RESTAURANT AND HOTEL SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK**  FIRST USE 5-15-2013; IN COMMERCE 5-15-2013.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF HATCHET BLADE WITH A NOTCH ALONG THE BOTTOM EDGE AND A PORTION OF THE HANDLE OF THE HATCHET WITH THE HATCHET AND HANDLED BEING OUTLINED IN BLACK AND THE COLORS BLUE, GRAY AND WHITE COMBINED ON THE FACE OF THE BLADE AND HANDLE.

THE COLOR(S) BLUE, GRAY, BLACK, AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 85-688,430, FILED 7-27-2012.

DAYNA BROWNE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,401,460**  LIZZIE BORDEN BED & BREAKFAST, LLC (DELAWARE LIMITED LIABILITY COMPANY)
230 SECOND STREET
**Registered Sep. 10, 2013**  FALL RIVER, MA 02721

**Int. Cls.: 6, 14, 20, 21, and 28**

FOR: METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 5-15-2013; IN COMMERCE 5-15-2013.

**TRADEMARK**

FOR: JEWELRY; ORNAMENTAL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**PRINCIPAL REGISTER**

FIRST USE 5-15-2013; IN COMMERCE 5-15-2013.

FOR: PLASTIC KEY CHAINS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 5-15-2013; IN COMMERCE 5-15-2013.

FOR: CUPS AND MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 5-15-2013; IN COMMERCE 5-15-2013.

FOR: GOLF BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-15-2013; IN COMMERCE 5-15-2013.

THE MARK CONSISTS OF HATCHET BLADE WITH A NOTCH ALONG THE BOTTOM EDGE AND A PORTION OF THE HANDLE OF THE HATCHET WITH THE HATCHET AND HANDLED BEING OUTLINED IN BLACK AND THE COLORS BLUE, GRAY AND WHITE COMBINED ON THE FACE OF THE BLADE AND HANDLE.

THE COLOR(S) BLUE, GRAY, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 85-688,406, FILED 7-27-2012.

DAYNA BROWNE, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office