# **EXHIBIT C**

MA SOC   Filing Number: 202314841430   Date: 9/11/2023 6:17:39 PM

# The Commonwealth of Massachusetts, William Francis Galvin
## Corporations Division
One Ashburton Place - Floor 17, Boston MA 02108-1512   |   Phone: 617-727-9640

## Certificate of Organization
(General Laws, Chapter 156C, Section 12)                                   Filing Fee: $500.00

| Identification Number: | 001698157 | (number will be assigned) |
|---|---|---|

1. The exact name of the limited liability company is:

MISS LIZZIE'S COFFEE LLC

2. The address in the Commonwealth where the records will be maintained:

| Number and street: | 242 SECOND STREET | | | | |
|---|---|---|---|---|---|
| Address 2: | | | | | |
| City or town: | FALL RIVER | State: | MA | Zip code: | 02721 |
| Country: | UNITED STATES | | | | |

3. The general character of business (if the limited liability company is organized to render professional service, this form must be filed by fax, mail or in person):

OPERATE A CAFE AND OTHER RELATED BUSINESS ACTIVITIES LEGALLY PERMITTED IN THE COMMONWEALTH OF MASSACHUSETTS.

4. The latest date of dissolution, if specified: (mm/dd/yyyy)

5. The name and address of the Resident Agent:

| Agent name: | JOSEPH PEREIRA | | | | |
|---|---|---|---|---|---|
| Number and street: | 242 SECOND STREET | | | | |
| Address 2: | | | | | |
| City or town: | FALL RIVER | State: | MA | Zip code: | 02721 |

I  JOSEPH PEREIRA,

resident agent of the above limited liability company, consent to my appointment as the resident agent of the above limited liability company pursuant to G. L. Chapter 156C Section 12.

6. The name and business address of each manager, if any:

| Title | Name | Address |
|---|---|---|
| MANAGER | JOSEPH PEREIRA | 242 SECOND STREET FALL RIVER, MA 02721 |

| | | USA |
|---|---|---|

7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.

| Title | Name | Address |
|---|---|---|
| SOC SIGNATORY | JOSEPH PEREIRA | 242 SECOND STREET FALL RIVER, MA 02721 USA |

8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:

| Title | Name | Address |
|---|---|---|
| REAL PROPERTY | JOSEPH PEREIRA | 242 SECOND STREET FALL RIVER, MA 02721 USA |

9. Additional matters:

10. This certificate is effective at the time and on the date approved by the Division, unless a later effective date not more than ninety (90) days from the date of filing is specified:

Later Effective Date (mm/dd/yyyy):            Time (HH:MM)

SIGNED UNDER THE PENALTIES OF PERJURY, this 11 Day of September, 2023,

DANIEL J. LARSON

   , Signature of Authorized Signatory.

MA SOC   Filing Number: 202314841430    Date: 9/11/2023 6:17:39 PM

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

September 11, 2023 06:17 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*