UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| US GHOST ADVENTURES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 23-12116-LTS |
| MISS LIZZIE'S COFFEE LLC and JOSEPH PEREIRA, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ON MOTIONS TO WITHDRAW (DOC. NOS. 52, 53)

January 6, 2025

SOROKIN, J.

US Ghost Adventures, LLC ("Ghost Adventures") began this suit against Miss Lizzie's Coffee LLC ("Miss Lizzie's") and its owner and operator Joseph Pereira (collectively, with Miss Lizzie's, "Defendants") on September 18, 2023, advancing claims under federal and state law for trademark infringement, false designation of origin, unfair competition, and trademark dilution. See generally Doc. No. 1.  Daniel J. Larson of Larson Law LLC and Matthew J. Ginsburg of Ascendant Law Group LLC entered appearances on behalf of both Miss Lizzie's and Pereira.  In August 2024, while Ghost Adventures was appealing the Court's denial of its motion for a preliminary injunction, Doc. No. 24, both attorneys moved to withdraw as counsel for Defendants on the ground that Defendants had discharged each, Doc. Nos. 37, 38.  On order of the Court, each attorney confirmed that he had: (1) provided a copy of the motion to withdraw to Defendants; (2) withdrawn from the appeal, with permission of the Court of Appeals; (3) informed Defendants that, although Pereira could proceed pro se, Miss Lizzie's could not do so

and would need counsel; and (4) informed Defendants that, if they wished to respond to the motion, they could do so by August 21, 2024.  Doc. Nos. 40, 41.  Defendants filed no such response.  As a result, on September 11, the Court allowed Larson and Ginsburg to withdraw from representation of Pereira but denied their motions as to Miss Lizzie's without prejudice to renewal upon return of the case from the Court of Appeals.  Doc. No. 44.

The case has now returned, and Larson and Ginsburg have renewed their motions to withdraw from representation of Miss Lizzie's.  Doc. Nos. 52, 53.  If Miss Lizzie's—or any other party—wishes to respond to these motions, such response must be filed no later than Friday, January 17, 2025.  Miss Lizzie's is reminded that it cannot, as a limited liability company, proceed without counsel.  See Hooper-Haas v. Ziegler Holdings, LLC, 690 F.3d 34, 36 n.2 (1st Cir. 2012).  Attorneys Larson and Ginsburg shall provide this Order to their client Miss Lizzie's, and the Clerk shall mail this Order to Miss Lizzie's, as well.

                        SO ORDERED.

                        /s/ Leo T. Sorokin
                        United States District Judge