UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| US GHOST ADVENTURES, LLC, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **1:23-cv-12116** |
| ) | |
| MISS LIZZIE'S COFFEE LLC, ) | |
| ) | |
| and ) | |
| ) | |
| JOSEPH PEREIRA, individually, ) | |
| ) | |
|    Defendants. ) | |

**NOTICE TO WITHDRAW MOTION TO COMPEL**

NOW COMES the Plaintiff, US Ghost Adventures, LLC, by counsel, and hereby notifies this Court that all matters set forth in its Motion to Compel Meta Platforms, Inc. to respond to its pending subpoena *duces tecum* (Dkt. 62) have been resolved. Accordingly, Plaintiff withdraws its Motion to Compel (Dkt. 62).

Dated: June 23, 2025

Respectfully,

Plaintiff

**US GHOST ADVENTURES LLC**

By its attorneys,

/s/ *Mikaela R. DeCortin*
Mikaela Rice DeCortin (BBO No. 707651)
Strang, Scott & Giroux LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(857) 233-5534
mdecortin@strangscott.com

Timothy Bechen (VSB No. 83639)
Woods Rogers, PLC
901 East Byrd Street, Suite 1550
Richmond, Virginia 23219
Telephone: (804) 343-5032
Email: timothy.bechen@woodsrogers.com

Pietro F. Sanitate (VSB No. 89538)
Woods Rogers, PLC
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1550
Richmond, VA  23219
Phone: (804) 434-5029
E-mail:pietro.sanitate@woodsrogers.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are non-registered participants.

Date: June 23, 2025

/s/ *Mikaela R. DeCortin*
Mikaela R. DeCortin