# UNITED STATES DISTRICT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| US GHOST ADVENTURES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.1:23-cv-12116 |
| V. ) | |
| ) | |
| MISS LIZZIE'S COFFEE, LLC ) | |
| ) | |
| And ) | |
| ) | |
| JOSEPH PEREIRA, Individually, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S MOTION TO DISMISS

Now comes the DEFENDANTS in the above entitled action and respectfully ask the court to dismiss the above entitled action based on the facts below:

1) The Defendant has not been able to retain counsel because of exorbitant retainers asked by attorneys which would drive the Defendant into bankruptcy.
2) The Defendants claim that it is the Plaintiff's intent to put the Defendants out of business by outspending the Defendants into bankruptcy.
3.) The Defendants' claim that essentially this case has already been decided three times in the Federal Courts. First in the District Court in front of the Honorable Judge Leo Sorokin, then in mediation in front of the Honorable Retired Judge King and finally the unanimous decision of the United States Court of Appeals.
4.) It is the Defendants' claim that the Plaintiff has used this same formula across the United States to force competitors and businesses they feel are threats out of business.

Respectfully Submitted,
8-11-2025
DEFENDANTS
MISS LIZZIE'S COFFEE, LLC  and
JOSEPH PEREIRA, Pro Se
242 Second St.
Fall River, MA 02721
508-665-9431
joepereira157@gmail.com