UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| US GHOST ADVENTURES, LLC,              )<br>                                                         )<br>    Plaintiff,                                    )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>MISS LIZZIE'S COFFEE LLC,             )<br>                                                         )<br>                                                         )<br>and                                                    )<br>                                                         )<br>JOSEPH PEREIRA, individually,       )<br>                                                         )<br>    Defendants.                              )<br>                                                         ) | Civil Action No. **1:23-cv-12116** |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST MISS LIZZIE'S COFFEE LLC AND JOSEPH PEREIRA**

Plaintiff, US Ghost Adventures, LLC ("Plaintiff" or "US Ghost"), by and through its undersigned counsel and hereby moves for entry of default judgment in its favor on all claims asserted in its Complaint (Dkt. 1) against Defendants Miss Lizzie's Coffee LLC ("Miss Lizzie's") and Joseph Pereira ("Pereira") (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 55(a) and Federal Rule of Civil Procedure 37(b)(2)(A), as Miss Lizzie's can no longer defend against Plaintiff's claims due to the withdrawal of its counsel, and failure to obtain successor counsel, and Pereira has repeatedly failed to comply with this this Court's orders.[1]

In support of this Motion, Plaintiff has offered the Affidavit of Lance Zaal as well as the attached Memorandum in Support of Plaintiff's Motion for Default Judgment. Plaintiff is not a

---

[1] Pursuant to this Court's Order, dated October 24, 2025 (Dkt. 97), the instant Motion seeks entry of default judgment for both Miss Lizzie's and Pereira. This Court noted in its Order that "US Ghost may renew its motion, or file a new one, once its claims against Pereira are resolved." (Dkt. 97 at p. 4). Those claims against Pereira having been resolved due to this Court's February 11, 2026 Order entering default against Pereira, this Motion follows.

minor or incompetent pursuant to Fed. R. Civ. P. 55(b)(2). Plaintiff is submitting a Proposed Judgment order for the Court's consideration.

WHEREFORE, for at least these reasons and those set forth in Plaintiff's accompanying Memorandum, Plaintiff respectfully requests that the Court enter an order granting Plaintiff the requested relief in the Proposed Judgment, attached to Plaintiff's Memorandum as **Exhibit A**.

Dated: March 9, 2026                    Respectfully Submitted,

                                        Plaintiff
                                        US GHOST ADVENTURES LLC

                                        By its attorneys,

                                        /s/ *Mikaela R. DeCortin*
                                        Mikaela Rice DeCortin
                                        Strang, Scott & Giroux LLP
                                        6 Beacon Street, Suite 815
                                        Boston, MA 02108
                                        857-233-5534
                                        mdecortin@strangscott.com

                                        Timothy Bechen (VSB No. 83639)
                                        Woods Rogers, PLC
                                        901 East Byrd Street, Suite 1550
                                        Richmond, Virginia 23219
                                        Telephone: (804) 343-5032
                                        Email: timothy.bechen@woodsrogers.com

                                        Pietro F. Sanitate (VSB No. 89538)
                                        Woods Rogers, PLC
                                        Riverfront Plaza, West Tower
                                        901 East Byrd Street, Suite 1550
                                        Richmond, VA  23219
                                        Phone: (804) 434-5029
                                        E-mail:pietro.sanitate@woodsrogers.com
                                        *Counsel for Plaintiffs*

**RULE 7.1 CERTIFICATION**

Counsel for Plaintiff hereby certifies that it conferred with Joseph Perira pursuant to Local Rule 7.1(a)(2) regarding this Motion for Default Judgment on March 9, 2026. Counsel for Plaintiff could not confer with counsel for Defendant, Miss Lizzie's Coffee, as it is an unrepresented business entity.

Date: March 9, 2026                                          /s/ *Mikaela R. DeCortin*
                                                             Mikaela R. DeCortin


**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are non-registered participants.

Date: March 9, 2026                                          /s/ *Mikaela R. DeCortin*
                                                             Mikaela R. DeCortin

116744035.1