# UNITED STATES DISTRICT
# FOR THE DISTRICT OF MASSACHUSETTS

US GHOST ADVENTURES, LLC )
)
Plaintiff, )
) Civil Action No.1:23-cv-12116
V. )
)
MISS LIZZIE'S COFFEE, LLC )
)
And )
)
JOSEPH PEREIRA, Individually, )
)
Defendants. )

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT and the RELIEF SOUGHT**

1. Defendant has rewritten and properly answered Interrogatories according to Rule 33 (enclosed with this motion).
2. Defendant has moved from 242 Second St. Fall River to another location in another area of Fall River which is connected to "Lizzie Borden" located at 100 Rock St. Fall River, MA 02720. During the first court hearing on this case, Your Honor did ask the Plaintiff's Attorney "if Defendant had been in another location would the Plaintiff have a problem with the Defendant?" The Plaintiff's Attorney answered that Plaintiffs would have no problem whatsoever if Defendant was somewhere else in Fall River. Plaintiff's problem was with Defendant being next door. Defendant is no longer next door to Plaintiff.
3. Plaintiff has continued to harass and intimidate the Defendant in the media through Plaintiff's Facebook (Lizzie Borden House) page as well as Plaintiff's Website (lizzie-borden.com in an article called "Setting the Record Straight".) In these postings the Plaintiff has continuously tried to intimidate the Defendant. Posting a video of the Defendant recorded by the Plaintiff without Defendant's approval, as well as manipulating and editing the video.
   Plaintiff has further posted several negative stories about the defendant in order to ruin Defendant's business. Now that Defendant is no longer next door, Plaintiff wants to crush his business completely. That causes "Emotional Distress" and "Tortuous Interference" on the Defendant.
4. Miss Lizzie's Coffee has continuously posted several signs in their front windows and door stating that Miss Lizzie's Coffee has no connection to the Plaintiff's establishment.
5. Even though Defendant has moved, Plaintiff continues to pursue his lawsuit because Plaintiff feels he "Owns" Lizzie Borden.
6. Defendant has been contacted by the "Boston College Law Clinic" and they have agreed to assist the Defendant as this case progresses. They have already helped in many ways and will continue to assist when the students come back next semester.

7. Defendant respectfully asks this court to dismiss the Plaintiff's "Motion for Default Judgement" and to either Dismiss this case in the interest of the Court because of the current circumstances or allow it to proceed.

I thank the Court for this opportunity.

Respectfully Submitted, July 9, 2026

Joseph Pereira

I have signed this document under penalties of perjury and all answers are true.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2026 this document was served upon the following via email: Mikaela R DeCortin mrice@strangscott.com

Respectfully Submitted,

DEFENDANTS
MISS LIZZIE'S COFFEE, LLC and
JOSEPH PEREIRA, Pro Se
100 Rock St.
Fall River, MA 02720
508-665-9431
joepereira157@gmail.com