**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| US GHOST ADVENTURES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.1:23-cv-12116 |
| V. | ) | |
| | ) | |
| MISS LIZZIE'S COFFEE, LLC | ) | |
| | ) | |
| And | ) | |
| | ) | |
| JOSEPH PEREIRA, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

1. Identify the person (s) answering or assisting in the preparations of the answers to these interrogatories If any documents of written communications were referred to by the person (s) answering these interrogatories, identify and attach copies of same to your answers to these interrogatories.
**ANSWER:** I, Joseph Pereira hereby am answering all interrogatories as myself Pro Se and representing Miss Lizzie's Coffee, LLC. No one else is answering.

2. Identify all persons whom you believe may have knowledge or information regarding the factual allegations in the complaint or your answer and affirmative Defenses. For each person identified, provide a brief synopsis of such knowledge.
**ANSWER:** I am the only person that I am aware of who has knowledge or information regarding the complaint.

3. State the first date you became aware of Plaintiff and identify the person (s) who became aware thereof, and how such person(s) became aware thereof..
**ANSWER:** The first date I became aware of the Plaintiff was the day Miss Lizzie's Coffee opened, August 4 of 2023. US Ghost Adventures employee, Richard Sheridan came to my business and said he wanted to see my business certificate because his employer planned on suing me.
Also a few days later I received a "Cease and Desist Order from the Plaintiff's Attorneys..

4. State the first date you became aware of Plaintiff's Marks and identify the person(s) who became aware thereof, and how such person(s) became aware thereof.
**ANSWER:** I first became aware of Plaintiff's "Marks" when his Attorneys sent me a "Cease and Desist Order", sometime after August 4, 2023. Before that day I never thought that someone could trademark an historical figure. I didn't think someone could trademark a hatchet either.

5. State the earliest date which you began using the mark "Miss Lizzie's Coffee" and the accompanying logo for trade purposes.
**ANSWER:** I began using the name Miss Lizzie's Coffee when I registered the business name on June 1, 2023 at the Fall River City Clerk's office.

6. Describe in detail, and identify all documents demonstrating your due diligence, research and preparations for adopting and using the mark "Miss Lizzie's Coffee" and the accompanying logo.
**ANSWER:** I searched on the internet before I registered the name at City Hall but I did not find any other such name as a Coffee Shop.When I visited the City Hall, I was told at the Clerk's office that I could use the name as the Clerk had checked and there was no other Coffee Shop with that name.

7. Describe how you chose the location of Miss Lizzie's Coffee at 242 Second St. in Fall River Massachusetts.
**ANSWER:** When I was driving by the property at 242 Second Street, there was a sign in the window of "Property for Lease" so I contacted the number on the sign and they responded. I thought it was an Ideal location because of it being a block from my home and would be convenient for my family to walk there.

8. State every instance in which a customer has inquired about a relationship between Miss Lizzie's Coffee and Plaintiff's house. Name each customer and the date of the occurrence.
**ANSWER:** I cannot state every instance in which a customer has inquired about a relationship between Miss Lizzie's Coffee and the Plaintiff. I find this question very hard to answer because we are usually too busy that we cannot document such things. I personally do not remember more than a few times and usually it was asking if we knew how a customer could enter the Plaintiff's business. The Defendant is unable to or lacks sufficient knowledge to answer this interrogatory,

9. Identify and describe in detail any instance of actual confusion between Plaintiff's Marks and any other mark which you claim to own or to have control over.
**ANSWER:** I'm not sure about this question either. I cannot comment on what someone else is thinking. That is in their mind. We have had a sign in our shop window since we were first served with a "Cease and Desist" by the Plaintiff stating that we are not affiliated with the Plaintiff's business. The Defendant lacks sufficient knowledge to answer this interrogatory.

10. State every instance in which you gave a media interview regarding Miss Lizie's Coffee and the instant dispute.
ANSWER: I do not document nor have I documented such interviews. Many times someone can call me and make an appointment to come in. Also many just come unannounced and try to talk. I find these so-called interviews unimportant and I don't really think about them nor do I seek them out.

Respectfully Submitted, July 9, 2026

Joseph Pereira

I have signed this document under penalties of perjury and all answers are true.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2026 this document was served upon the following via email: Mikaela R DeCortin mrice@strangscott.com

Respectfully Submitted,

DEFENDANTS
MISS LIZZIE'S COFFEE, LLC and
JOSEPH PEREIRA, Pro Se
242 Second St.
Fall River, MA 02721
508-665-9431
joepereira157@gmail.com