


INTERROGATORY #7
QUESTION

*PLEASE COMPLETE FORM IN BLACK INK ONLY*

## Commonwealth of Massachusetts

### City of Fall River - City Clerk Department

RECEIVED
2023 JUN -1 A 8:57

Business Certificate No. 20303 Expires on June 1, 2027

In conformity with the provisions of Chapter One Hundred and Ten, Section Five of the General Laws as amended, the undersigned hereby declare(s) that the business of:

COFFEE SHOP

Known as: MISS LIZZIE'S COFFEE

Conducted at: 242 SECOND ST. FALL RIVER MA

Mailing address: 242 SECOND ST. FALL RIVER MA

Business telephone: 508-665-9431

By the following named person(s):

| Full Name | Residence | Home Telephone |
|---|---|---|
| JOSEPH PEREIRA | 157 ROOMAN ST. FALL RIVER | 508-665-94 |

Signed [signature]

A TRUE COPY
ATTEST:
Alison M. Bouchard
CITY CLERK

On June 1, 2023 the above named person(s) personally appeared before me and made oath that the foregoing statement is true.

[signature] My Commission Expires ____________
Notary Public or Authorized Person

Under the provisions of Chapter 337 of the Acts of 1985 and Chapter 110, Section 5 of the Mass. General Laws, business certificates shall be in effect for four years from the date of issue and shall be renewed every four years thereafter. A statement under oath must be filed with the City Clerk upon discontinuance or withdrawing from such business or partnership. Copies of such certificates shall be available at the address such business is conducted and shall be furnished upon request during regular business hours to any person who has purchased goods or services from such business. Violations are subject to a fine of not more than three hundred dollars ($300.00) for each month during which such violation occurs.

INTERROGATORY #5 + 6



*PLEASE COMPLETE FORM IN BLACK INK ONLY*

**NOTICE**

I/We understand that filing a Business Certificate is **NOT** a license from the City Clerk, nor any or it's agents or employees, to operate a business.

I/We understand that the filing of this Business Certificate **DOES NOT** necessarily mean that the business is in compliance with the Zoning Laws of the City.

I/We understand that this filing is made pursuant to Chapter 110 of the Massachusetts General Laws and is valid for a period of four (4) years from the date of acceptance for filing.

Signed [signature]

Sole Proprietor, Partners or Corporate Officer

Date: June 1, 2023

Then personally appeared the above named JOSEPH PEREIRA who solemnly swears under oath that the above statements are understood and are true to the best of their knowledge.

[signature]
Notary Public or Authorized Person

My Commission Expires ______________________

INTENTIONALY #5 + #9

# Miss Lizzie's Coffee

## is NOT

## associated nor affiliated in any way with the Lizzie Borden Bed & Breakfast or Museum next door or any other business

(Neither are our Ghosts)